# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**GEROME LUIS RANDAULPH,**

    *Plaintiff*,

v.                                            **CASE NO.: 4:20cv22-MW/MJF**

**LEON COUNTY SHERIFF OFFICE**
**and**
**KAREN BODIFORD,**

    *Defendants*.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 26, 2020, the Magistrate entered a report and recommendation recommending that Plaintiff's Complaint be dismissed for failure to state a claim. ECF No. 10. Plaintiff then filed a notice of appeal. ECF No. 11. This Court then entered an order on Plaintiff's notice of appeal. ECF No. 13. In that order, this Court noted that the Magistrate's report and recommendation was a non-final order and was not subject to appeal. Further, this Court noted that the deadline to file objections to the Magistrate's report and recommendation had run. Still, this Court gave Plaintiff until October 26, 2020 to file objections. Plaintiff has filed no objections.

This Court has considered, without hearing, the Magistrate's report and recommendation, ECF No. 10.

Accordingly,

**IT IS ORDERED**:

1. The report and recommendation, ECF No. 10, is **ACCEPTED** and **ADOPTED** as this Court's opinion.

2. The Clerk must enter judgment stating "This action is dismissed without prejudice for failure state a claim upon which relief can be granted."

3. The Clerk must close the file.

**SO ORDERED on October 27, 2020.**

                                      **s/Mark E. Walker**
                                      **Chief United States District Judge**