IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEROME LUIS RANDAULPH,**

　　*Plaintiff*,
v.　　　　　　　　　　　　　　　　　　Case No.  4:20cv22-MW/MJF

**LEON COUNTY SHERIFF OFFICE**
**and**
**KAREN BODIFORD,**

　　*Defendants*.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

　　This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Accordingly,

　　**IT IS ORDERED:**

　　The report and recommendation is accepted and adopted, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's "conspiracy" claim and "hate crime" claim is **DISMISSED** under 28 U.S.C. 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted. To the extent Plaintiff states a claim under Florida law, such claim is **DISMISSED** without prejudice." The Clerk shall close the file. This Court reminds Plaintiff that

if he chooses to appeal this Court's order, he must appeal this Order to the Eleventh Circuit Court of Appeals, and not the Magistrate Judge's report and recommendation.

**SO ORDERED on November 30, 2020.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**